UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61086-CIV-DIMITROULEAS

JOAN ROSE, an individual, on behalf
of herself and all others similarly situated,

      Plaintiffs,

v.

COMMONWEALTH FINANCIAL SYSTEMS, INC.,
a Pennsylvania corporation,

      Defendant.

_____/

## ORDER JOINT STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Notice of Voluntary Dismissal With

Prejudice (the "Stipulation") [DE 13], filed herein on September 9, 2020. The Court has

carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulatoin [DE 13] is hereby **APPROVED**.

2. This case is **DISMISSED WITH PREJUDICE**.

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on

this 10th day of September, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

1

cc: Counsel of Record